

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00483-CV

**IN THE ESTATE OF CESARIO RIOJAS** a/k/a Cesar Riojoas

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2023-0231-CIV
Honorable Robert E. Cadena, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: November 27, 2024

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM